P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401682 SEP. 21. 2015

RE: WR-73,501-03

KEITH DEWAYNE HAYNES

